# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| CHARLES PATRICK WAYNE BURGESS, | ) |
| | ) |
| Petitioner, | ) |
| | )   Case No. 5:22-cv-01388-ACA-HNJ |
| v. | ) |
| | ) |
| KELLY ALLEN, | ) |
| | ) |
| Respondent. | |

## <u>MEMORANDUM OPINION</u>

On June 14, 2023, the magistrate judge entered a report recommending that the court (1) deny petitioner Charles Patrick Wayne Burgess's 28 U.S.C. § 2241 petition for a writ of habeas corpus for Mr. Burgess's failure to exhaust his state court remedies, (2) dismiss Mr. Burgess's claims without prejudice to allow Mr. Burgess an opportunity to exhaust his claims in state court, and (3) deny Mr. Burgess's motion to intervene.   (Doc. 20). The magistrate judge advised Mr. Burgess of his right to file objections to the report and recommendation within fourteen days. (*Id.* at 14–15). To date, the court has not received any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's

report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

The court **WILL DENY** Mr. Burgess's petition (doc. 1) and **WILL DISMISS** his claims **WITHOUT PREJUDICE**. The court also **WILL DENY** Mr. Burgess's motion to intervene. (Doc. 18).

The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this July 18, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE